IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMASA ZABALZA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PINNACLE FINANCIAL CORPORATION; STEWART TITLE OF NORTHERN NEVADA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC [MERS]; QUALITY LOAN SERVICE CORPORATION; AMERICAS SERVICING CORPORATION; HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF NOMURA HOME EQUITY LOAN TRUST, SERIES 2007-1; LSI TITLE COMPANY; TICOR TITLE OF NEVADA; STANLEY S. SILVA; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>　　　　　Defendant. | CASE NO. 3:11-cv-000283-LRH-RAM<br><br>(Consolidated with 3:11-cv-00293)<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE AND FOR RELEASE OF *LIS PENDENS*** |

IT IS HEREBY STIPULATED by and between Plaintiff Tomasa Zabalza and Defendant HSBC Bank USA, N.A. as Trustee for the Holders of Nomura Home Equity Loan Trust, Series 2007-1 ("HSBC") that Case No. 3:11-cv-000283 and Case No. 3:11-cv-00293 (consolidated with

1  3:11-cv-000283), and all related claims shall be dismissed in their entirety, with prejudice
2  pursuant to FRCP 41(a)(1)(A)(ii).

3      IT IS FURTHER STIPULATED that HSBC may record in the Official Records of
4  Washoe County, Nevada, a Release of *Lis Pendens*, to release, cancel, and expunge any *Lis*
5  *Pendens* (or Notice of Pendency of Action) that was or is recorded in connection with this case
6  and any related claims.

7      IT IS FURTHER STIPULATED that each party shall bear their own costs and attorneys'
8  fees.

DATED this 15th day of November, 2011      DATED this 15th day of November, 2011

LAW OFFICE OF RICK LAWTON,          SNELL & WILMER L.L.P.
ESQ., P.C.

By:    /s/ Rick Lawton                     By:   /s/ Michael L. Iosua
   Rick Lawton, Esq.                          Cynthia L. Alexander, Esq.
   1460 Hwy 95A North, Suite One              Aaron D. Ford, Esq.
   Fernley, Nevada 89408                      Michael L. Iosua, Esq.
   *Attorney for Plaintiff*                   3883 Howard Hughes Parkway, Suite 1100
                                              Las Vegas, NV  89169
                                              *Attorneys for Defendants Wells Fargo*
                                              *Bank, N.A. d/b/a America's Servicing*
                                              *Company, sued here as America's*
                                              *Servicing Company, Mortgage Electronic*
                                              *Registration Systems, Inc. and HSBC Bank*
                                              *USA, N.A.*

## ORDER

**IT IS HEREBY ORDERED** that Case No. 3:11-cv-000283 and Case No. 3:11-cv-00293 (consolidated with 3:11-cv-000283), and all related claims shall be dismissed in their entirety, with prejudice pursuant to 41(a)(1)(A)(ii).

**IT IS FURTHER ORDERED** that HSBC may record in the Official Records of Washoe County, Nevada, a Release of Lis Pendens, to release, cancel, and expunge any Lis Pendens (or Notice of Pendency of Action) that was or is recorded in connection with this case.

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED** that each party shall bear their own costs and attorneys'
2  fees.
3  DATED this 16th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE